UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
BURTON KAPLAN
               Petitioner,

       -against-

                                            **C A L E N D A R  N O T I C E**

UNITED STATES OF AMERICA          CV01-1859 (CBA)
               Respondent.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
**AMON, J.**

     The status conference previously set for April 28, 2005 has been adjourned to May 12, 2005 at 9:30.


Dated: Brooklyn, New York
       May 2, 2005                         /s/
                                         **Carol Bagley Amon**
                                         **United States District Judge**