UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

BURTON KAPLAN

                Petitioner,

-against-

UNITED STATES OF AMERICA

                Respondent.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**ORDER**
CV01-1859 (CBA)

AMON, J.

The petition in the above-captioned case is dismissed.

So Ordered.

Dated: Brooklyn, New York
       July 5, 2005

/s/ HON. CAROL B. AMON
_____
Carol Bagley Amon
United States District Judge

cc: David Schoen, Esq.
    AUSA Joann Navickas